# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORRENDA THOMAS, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>AETNA, INC., et al.,<br><br>Defendants. / | **CASE NO. 1:10-cv-01906-AWI-SKO**<br><br>**RELATED CASE: 1:09-cv-01995-AWI-SKO**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>**ORDER DISMISSING CLAIM FOR PAGA PENALITIES AGAINST DEFENDANT AETNA HEALTH OF CALIFORNIA, INC**<br><br>**ORDER DENYING MOTION FOR REMAND**<br><br>**Docket No. 17, 37** |

On June 2, 2011, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Remand be DENIED. (Doc. 37.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fifteen (15) after service of the order. Plaintiff filed objections on June 16, 2011 (Docs. 39, 40, 41), and Defendants filed a response to Plaintiff's objections on June 30, 2011 (Docs. 42, 43).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, as well as Plaintiff's objections

and Defendants' response to Plaintiff's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued June 2, 2011, are ADOPTED IN FULL;
2. The claim for PAGA penalties asserted against Defendant Aetna Health of California, Inc. is DISMISSED; and
3. Plaintiff's Motion for Remand is DENIED.

IT IS SO ORDERED.

Dated:   August 30, 2011                                     /s/ [signature]

CHIEF UNITED STATES DISTRICT JUDGE