1  MARK YABLONOVICH (SB# 186670)
   mark@yablonovichlaw.com
2  NEDA ROSHANIAN (SB# 225337
   neda@yablonovichlaw.com
3  MICHAEL COATS (SB# 258941)
   Michael@yablonovichlaw.com
4  LAW OFFICES OF MARK YABLONOVICH
   1875 Century Park East, Suite 700
5  Los Angeles, CA 90067-2508
   Telephone:  (310) 286-0246
6  Facsimile:  (310) 407-5391

7  Attorneys for Plaintiff DORRENDA THOMAS

8  PAUL GROSSMAN (SB# 035959)
   paulgrossman@paulhastings.com
9  LESLIE L. ABBOTT (SB# 155597)
   leslieabbott@paulhastings.com
10 PHILIPPE A. LEBEL (SB #274032)
   philippelebel@paulhastings.com
11 PAUL HASTINGS LLP
   515 South Flower Street,
12 Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
13 Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
14
   Attorneys for Defendants AETNA HEALTH OF
15 CALIFORNIA INC., AETNA INC., and
   AETNA LIFE INSURANCE COMPANY

16
                    UNITED STATES DISTRICT COURT
17
                    EASTERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  DORRENDA THOMAS, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>22              Plaintiff,<br><br>23        vs.<br><br>24  AETNA HEALTH OF CALIFORNIA INC., a California corporation; AETNA INC., a Pennsylvania corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut corporation, and DOES 1 through 10, inclusive,<br><br>              Defendant. | Case No.: 10-CV-01906 AWI (SKO)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION AND ORDER THEREON** |

It is hereby stipulated, by and between the parties, through their respective counsel of record, that Plaintiff Dorrenda Thomas ("Plaintiff") hereby dismisses the above-captioned case in its entirety with prejudice as to Plaintiff's individual claims as alleged against all defendants. Plaintiff's purported non-class claims alleged against all defendants on behalf of other "aggrieved employees," are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: November __, 2011   MARK YABLONOVICH
NEDA ROSHANIAN
MICHAEL COATS
LAW OFFICES OF MARK YABLONOVICH

By: _____
MARK YABLONOVICH

Attorneys for Plaintiff
DORRENDA THOMAS

DATED: November __, 2011   PAUL GROSSMAN
LESLIE L. ABBOTT
PHILIPPE A. LEBEL
PAUL HASTINGS LLP

By: _____
LESLIE L. ABBOTT

Attorneys for Defendants
AETNA HEALTH OF CALIFORNIA INC.,
AETNA INC., and AETNA LIFE INSURANCE COMPANY

-1-                    STIPULATION TO DISMISS

# ORDER

Based on the parties' stipulation, the Clerk of the Court is DIRECTED to close this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   November 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE