MARK YABLONOVICH (SB# 186670)
mark@yablonovichlaw.com
NEDA ROSHANIAN (SB# 225337
neda@yablonovichlaw.com
MICHAEL COATS (SB# 258941)
Michael@yablonovichlaw.com
LAW OFFICES OF MARK YABLONOVICH
1875 Century Park East, Suite 700
Los Angeles, CA 90067-2508
Telephone: (310) 286-0246
Facsimile: (310) 407-5391

Attorneys for Plaintiff DORRENDA THOMAS

PAUL GROSSMAN (SB# 035959)
paulgrossman@paulhastings.com
LESLIE L. ABBOTT (SB# 155597)
leslieabbott@paulhastings.com
PHILIPPE A. LEBEL (SB #274032)
philippelebel@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street,
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants AETNA HEALTH OF CALIFORNIA INC., AETNA INC., and AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DORRENDA THOMAS, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),

Plaintiff,

vs.

AETNA HEALTH OF CALIFORNIA INC., a California corporation; AETNA INC., a Pennsylvania corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut corporation, and DOES 1 through 10, inclusive,

Defendant.

Case No.: 10-CV-01906 AWI (SKO)

**STIPULATION TO DISMISS ENTIRE ACTION AND ORDER THEREON**

It is hereby stipulated, by and between the parties, through their respective counsel of record, that Plaintiff Dorrenda Thomas ("Plaintiff") hereby dismisses the above-captioned case in its entirety with prejudice as to Plaintiff's individual claims as alleged against all defendants. Plaintiff's purported non-class claims alleged against all defendants on behalf of other "aggrieved employees," are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: November __, 2011

MARK YABLONOVICH
NEDA ROSHANIAN
MICHAEL COATS
LAW OFFICES OF MARK YABLONOVICH

By:______________________________
MARK YABLONOVICH

Attorneys for Plaintiff
DORRENDA THOMAS

DATED: November __, 2011

PAUL GROSSMAN
LESLIE L. ABBOTT
PHILIPPE A. LEBEL
PAUL HASTINGS LLP

By:______________________________
LESLIE L. ABBOTT

Attorneys for Defendants
AETNA HEALTH OF CALIFORNIA INC., AETNA INC., and AETNA LIFE INSURANCE COMPANY

**ORDER**

Based on the parties' stipulation, the Clerk of the Court is DIRECTED to close this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: November 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE